CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants, Behzad Seyf; Farnaz Seyf and California Echo Corp.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>     Plaintiff,<br><br>     v.<br><br>Behzad Seyf; Farnaz Seyf; California Echo Corp., et al.,<br><br>     Defendants. | Case No.: 2:14-cv-00747-WBS-CKD<br><br>**REQUEST FOR DEFENDANTS BEHZAD SEYF AND FARNAZ SEYF TO APPEAR AT SETTLEMENT CONFERENCE BY TELEPHONE STANDBY;** [PROPOSED] **ORDER**<br><br>Date:            August 12, 2014<br>Time:           9:30 a.m.<br>Courtroom:   24<br>Magistrate Judge:     Carolyn K. Delaney |

Pursuant to Federal Rules of Civil Procedure Rule 270(f), Defendants Behzad Seyf and Farnaz Seyf hereby request that they be allowed to appear at the Settlement Conference by telephone standby.  Abe Koshfam, the agent for Mr. and Mrs. Seyf, who has power of attorney on their behalf, will personally appear at the Settlement Conference with full authority to settle the case on behalf of Mr. and Mrs. Seyf.  The reason for this Request is that Mr. and Mrs. Seyf are permanent residents of London, England and the expense to travel to the Settlement Conference would be burdensome as stated in the attached Declaration.

/ / /

1  Dated:  August 5, 2014                              VAUGHAN & ASSOCIATES

3                                                         /s/ Cris C. Vaughan
                                                       Attorney for Defendants, Behzad Seyf
4                                                      and Farnaz Seyf

6                                            **ORDER**

8      For good cause shown, the Request by Defendants Behzad Seyf and Farnaz Seyf
to appear at the Settlement Conference scheduled for August 12, 2014 by telephone
standby is granted.

11  IT IS SO ORDERED.

13  Dated:  August 7, 2014

                                                       _____
                                                       CAROLYN K. DELANEY
                                                       UNITED STATES MAGISTRATE JUDGE