1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Scott Johnson,

      Plaintiff,

  v.

Behzad Seyf;
Farnaz Seyf;
California Echo, Corp., a California
Corporation; and Does 1-10,

      Defendants

Case: 2:14-CV-00747-WBS-CKD

**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON**

## <u>ORDER</u>

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 8, 2014

_William B. Shubb_

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

Stipulation for Dismissal      Case: 2:14-CV-00747-WBS-CKD